AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Northern District of California

|  |  |
|---|---|
| TrustToken, Inc., a Delaware corp. <br> *Plaintiff(s)* <br> v. <br><br> Kbit Global Limited <br> *Defendant(s)* | ) ) <br> ) ) <br> ) ) <br> ) ) <br> ) ) <br> ) )   Civil Action No.   3:23-cv-01427 TSH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

KBIT GLOBAL LIMITED
Unit 144, 14th Floor, Cosco Tower, 183 Queen's Road, Central Sheung Wan, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

STEPHEN D. PALLEY, BROWN RUDNICK LLP, 601 Thirteenth Street NW Suite 600, Washington, D.C. 20005

HAILEY LENNON, SAMUEL MONIZ, BROWN RUDNICK LLP, 2211 Michelson Drive, 7th Floor, Irvine, CA 92612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*



Date: April 3, 2023

Gina Agustine

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-01427-TSH

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*


                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

1402636 v1-iManDB-039208/0001